UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HENRY ANJUS,                                    25-cv-4457 (JGK)

              Plaintiff,             ORDER

    - against -

ROSE DELI & NEWSPAPER INC., ET AL.,

              Defendants.

---

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for defendants to answer was June 27, 2025. To date, no answers have been filed.

The time for the defendants to answer or respond to the complaint is extended to **July 18, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

The plaintiffs should serve a copy of this Order on each of the defendants and file proof of service on the docket by **July 11, 2025**.

SO ORDERED.

Dated:    New York, New York
           July 7, 2025

                                            John G. Koeltl
                                      United States District Judge