UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X Case No. 1:25-cv-04457-JGK

HENRY ANJUS,

                  *Plaintiff*,

-v-

**ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT**

ROSE DELI & NEWSPAPER INC. and
ROSEMARY ASHA COSTA, individually,

                  *Defendants.*
------------------------------------------------------------X

    Upon the Declaration of LINA STILLMAN, ESQ., dated August 18, 2025, the Affidavit of Plaintiff HENRY ANJUS sworn to on August 18, 2025 and the exhibits annexed thereto, and upon all the prior pleading and proceedings in the above-captioned action, for good cause being shown thereof:

    **IT IS HEREBY ORDERED** that Defendants ROSE DELI & NEWSPAPER INC. and ROSEMARY ASHA COSTA, individually, show cause before the Honorable John G. Koeltl, U.S.D.J., ~~at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York 10007 at Courtroom 14~~A on the 12 day of September 2025 ~~at _____ or as soon thereafter as counsel may be heard~~, why an order should not be entered herein:

    I.    Pursuant to Rule 55(b)(2) of Federal Rules of Civil Procedure and Local Rule 55.2(b), entering an Order granting default judgment in favor of Plaintiff HENRY ANJUS and against Defendants ROSE DELI & NEWSPAPER INC. and ROSEMARY ASHA COSTA, individually, for the claims asserted in the Complaint and awarding Plaintiff damages, attorney's fees, and costs upon said claims; and

    II.    Granting such other and further relief as this Court deems just and proper.

**IT IS FURTHERED ORDERED** that the defendants shall respond in writing to this Order to Show Cause for a default judgment by September 12, 2025. If the defendants fail to respond by that date, judgment may be entered against them and the defendants will have no trial. The plaintiff may reply by September 19, 2025.

The plaintiff shall serve a copy of this Order to Show Cause by August 25, 2025 and shall file proof of service by August 27, 2025.

No personal appearances are required in connection with this Order to Show Cause.

**SO ORDERED**

Dated: New York, New York
 August 20, 2025

/s/ John G. Koeltl
―――――――――――――
JOHN G. KOELTL
United States District Judge