UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HENRY ANJUS,
                  Plaintiff(s)

            -against-

ROSE DELI & NEWSPAPER, INC, et al.,
                  Defendant(s).
------------------------------------------------------------X

25 civ 4457 (JGK)

## ORDER

The defendants, having until September 19, 2025, to respond to the order to show cause for default judgment,

The conference scheduled for Wednesday, September 10, 2025, at 4:00pm, is canceled.

**SO ORDERED.**

                                                            **JOHN G. KOELTL**
                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       September 3, 2025