UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HENRY ANJUS,

                Plaintiff,            25-cv-4457 (JGK)

     - AGAINST -               ORDER

ROSE DELI & NEWSPAPER INC. ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

On July 29, 2025, the Clerk issued a certificate of default, ECF No. 12. On August 20, 2025, the Court issued an order to show cause why a default judgment should not be entered against the defendants. ECF No. 14. The plaintiff served the order to show cause on the defendants on August 22, 2025, and filed proof of service on the docket. ECF No. 15. To date, the defendants have failed to respond. Accordingly, the plaintiff is entitled to a default judgment against the defendants. The case is referred to the Magistrate Judge for an inquest to determine the appropriate damages to be awarded, as well as any other provisions of the appropriate judgment.

SO ORDERED.

Dated:    New York, New York
          September 22, 2025

                                              John G. Koeltl
                                     United States District Judge