```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/27/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY ANJUS,

        Plaintiff,

-against-

ROSE DELI & NEWSPAPER INC. et al,

        Defendants.

25-cv-4457 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    It appears that plaintiff Henry Anjus has not yet served his Proposed Findings of Fact and Conclusions of Law (Proposed Findings) (Dkt. 20) on defendants Rose Deli & Newspaper Inc and Rosemary Asha Costa (the Defaulting Defendants), as required by this Court's September 29, 2025 Order (9/29/25 Order) (Dkt. 19) and Local Civ. R. 55.2(c). It is hereby ORDERED that plaintiff promptly serves (1) the Proposed Findings (together with supporting materials), (2) the 9/29/25 Order, and (3) this Order on the Defaulting Defendants at their last known address, and files proof of such service on the docket. Defaulting Defendants shall have 14 days from the date that service is effected to respond to the Proposed Findings.

Dated: New York, New York
       October 27, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**